**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ANA LUISA OSES-GONZALEZ #A028-628-269** | **CASE NO. 6:26-CV-00300 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 19], no objections thereto having been filed, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Ana Luisa Oses-Gonzalez's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE AS MOOT**.

MONROE, LOUISIANA, this 14th day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE